928

■ ANNA CACCIATORE, Individually and as Executrix of ANGELO CACCIATORE, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32776.) — Judgment insofar as appealed from modified on the law in accordance with the memorandum and as modified affirmed, with costs to the claimant. Appeal from order dismissed as academic. Memorandum: The judgment insofar as appealed from should be modified to conform with the rule laid down in *Vescera* v. *State of New York* (3 A D 2d 644). All concur. (Appeal from part of a judgment and order of the Court of Claims awarding claimant an allowance of interest on an award for appropriation of realty. The order denied defendant's motion to amend the decision in respect to computation of interest and claimant's cross motion to amend the decision.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ. [5 Misc 2d 841.]

■ WILLIAM D. MARSON et al., Respondents, v. NEW YORK STATE THRUWAY AUTHORITY, Defendant, and STATE OF NEW YORK, Appellant. (Claim No. 33375-B.) — Judgment insofar as appealed from modified on the law in accordance with the memorandum and as modified affirmed, with costs to the claimants. Memorandum: The judgment insofar as appealed from should be modified to conform with the rule laid down in *Vescera* v. *State of New York* (3 A D 2d 644). All concur. (Appeal from part of a judgment of the Court of Claims awarding claimants an allowance of interest on an award against the State.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING MILLER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Auburn Prison.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ GLENN D. BRAKE, SR., Individually and as Administrator of the Estate of GLENN D. BRAKE, JR., Deceased, Appellant, v. PRESIDENT AND MEMBERS OF THE BOARD OF EDUCATION OF VICTOR CENTRAL SCHOOL DISTRICT No. 1 et al., Respondents.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Ontario Trial Term in a school bus negligence action dismissing plaintiff's cause of action for conscious pain and suffering, on motion by defendants, decision of which had been reserved.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ AMERICAN SURETY COMPANY, Appellant, v. MARLAB CORPORATION, Respondent.— Order reversed on the law and facts, with costs, and verdict of the jury reinstated. Memorandum: Order setting aside the verdict in favor of the plaintiff and granting a new trial is vacated and verdict reinstated. We feel that the facts developed upon the trial presented questions for the determination of the jury and that its determination should not have been set aside. All concur. (Appeal from an order of Monroe Trial Term setting aside the verdict of a jury in favor of plaintiff and restoring the case to the calendar for trial, in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOSEY BROWN, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of the Erie Special Term convicting defendant of the crime of grand larceny, second degree.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.